

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2017

No. 04-17-00633-CV

**IN RE** Jason **NITZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:          Marialyn Barnard, Justice
                   Rebeca C. Martinez, Justice
                   Irene Rios, Justice

On October 2, 2017, Relator filed a petition for writ of mandamus and a motion for emergency relief. Relator also filed, with this court and with the trial court, a statement of inability to afford payment of court costs. The court reporter who would be responsible for preparing the reporter's record from the trial court's hearing giving rise to this original proceeding filed a motion to require Relator to prove his inability to pay court costs. *See* TEX. R. APP. P. 20.1(a); TEX. R. CIV. P. 145(f)(3). On October 26, 2017, the trial court held an evidentiary hearing to determine Relator's ability or inability to afford the costs of court. On October 27, 2017, the trial court issued an order finding Relator has the ability to pay the costs of court. On November 5, 2017, Relator filed a motion with this court seeking appellate review of the trial court's order sustaining the court reporter's contest to Relator's affidavit of indigence. The trial court clerk and court reporter are therefore required to prepare, certify, and file the clerk's record and reporter's record pertaining to the issue of appellant's indigence without advance payment of costs. TEX. R. CIV. P. 145(g)(3).

It is therefore ORDERED that the trial court clerk prepare, certify, and file a clerk's record that contains those portions of the trial court's record that pertain to the hearing on the contest to Relator's affidavit of indigence including, at a minimum, the affidavit of indigence filed by Relator, the contest filed by the court reporter, the trial court's order sustaining the contest to the affidavit of indigence, and the Relator's motion for review of the court's order.

It is further ORDERED that the court reporter prepare, certify, and file a reporter's record for the October 26, 2017 hearing on the contest to Relator's affidavit of indigence. The

---

[1] This proceeding arises out of Cause No. 2009-CI-06183, styled *In the Interest of J.T.N. and J.A.N., Children*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.

reporter's record must include a transcription of the hearing, any and all exhibits admitted into evidence during the hearing, and the trial court's ruling with respect to the contest.

The clerk's record and reporter's record pertaining to the issue of Relator's indigence must be filed in this court **no later than November 27, 2017**.

It is so **ORDERED** on November 14, 2017

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court